UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATHANIEL SMITH,<br><br>     Plaintiff,<br><br>v.<br><br>KIRAN AHUJA,<br><br>     Defendant. | Civil Action No.<br>22-cv-722 (GMH) |

### ORDER

Plaintiff having filed a Notice of Voluntary Dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** that this case is **DISMISSED**. The Clerk of Court is respectfully directed to close this case and terminate all existing deadlines, including the deadline to file a status report on May 5, 2023.

    SO ORDERED.

Date: April 19, 2023

                                                              G. MICHAEL HARVEY
                                                              UNITED STATES MAGISTRATE JUDGE